# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE
## BANGOR DIVISION

| | | |
|---|---|---|
| In re: TRACY, JAMES G | § | Case No. 12-10110 |
| TRACY, JODIE J | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 13, 2012. The undersigned trustee was appointed on February 14, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         15,385.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 82.50 |
| Bank service fees | 296.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 15,005.74 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/11/2012 and the deadline for filing governmental claims was 08/11/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,288.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,288.50, for a total compensation of $2,288.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $18.24, for total expenses of $18.24.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/11/2013          By: /s/Michael Haenn
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10110  
**Case Name:** TRACY, JAMES G  
TRACY, JODIE J  
**Period Ending:** 04/11/13

**Trustee:** (390030) Michael Haenn  
**Filed (f) or Converted (c):** 02/13/12 (f)  
**§341(a) Meeting Date:** 03/23/12  
**Claims Bar Date:** 07/11/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 44 Field Road, Sidney, Maine: Single Family Home<br>Imported from original petition Doc# 1 | 208,000.00 | 0.00 | | 0.00 | FA |
| 2 | New Dimensions Federal Credit Union Checking Acc<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | All Household goods, furniture, electronic equip<br>Imported from original petition Doc# 1 | 4,850.00 | 0.00 | | 0.00 | FA |
| 4 | Wedding ring<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Traditional IRA- Edward Jones and Co., L.P.<br>Imported from original petition Doc# 1 | 65,713.17 | 0.00 | | 0.00 | FA |
| 6 | Husband: Roth IRA- Edward Jones & Co., L.P.<br>Imported from original petition Doc# 1 | 1,116.28 | 0.00 | | 0.00 | FA |
| 7 | Wife: 401K From CMP<br>Imported from original petition Doc# 1 | 7,709.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 Jeep Grand Cherokee<br>Imported from original petition Doc# 1 | 3,414.00 | 0.00 | | 0.00 | FA |
| 9 | 1997 Dodge Ram Pick-up<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Dodge Stratus<br>Imported from original petition Doc# 1<br>Amended Sch C to remove exemption | 3,100.00 | 3,100.00 | | 2,500.00 | FA |
| 11 | TAX REFUNDS  (u) | 0.00 | 12,885.00 | | 12,885.00 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$299,402.45** | **$16,985.00** | | **$15,385.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

All assets recovered; recent determination that no estate tax return will be filed; will process TFR once accountant compensation been approved

**Initial Projected Date Of Final Report (TFR):** August 31, 2012   **Current Projected Date Of Final Report (TFR):** March 30, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-10110  
**Case Name:** TRACY, JAMES G  
TRACY, JODIE J  
**Taxpayer ID #:** **-***8311  
**Period Ending:** 04/11/13

**Trustee:** Michael Haenn (390030)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/12 | {10} | James & Jodie Tracy | Payment for Stratus | 1129-000 | 2,500.00 | | 2,500.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,475.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,450.00 |
| 07/30/12 | {11} | Nale & Nale, Attorneys at Law | Tax Refund | 1224-000 | 12,885.00 | | 15,335.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 15,310.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.41 | 15,277.59 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.21 | 15,248.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.36 | 15,214.02 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.17 | 15,182.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.07 | 15,152.78 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001039003088 20130117 | 9999-000 | | 15,152.78 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,385.00 | 15,385.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,152.78 | |
| | | | **Subtotal** | | 15,385.00 | 232.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,385.00** | **$232.22** | |

{} Asset reference(s)

Printed: 04/11/2013 04:10 PM    V.13.13

Case 12-10110    Doc 30    Filed 04/30/13    Entered 04/30/13 16:09:24    Desc Main
Document    Page 5 of 10

Exhibit B

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-10110  
**Case Name:** TRACY, JAMES G  
TRACY, JODIE J  
**Taxpayer ID #:** **-***8311  
**Period Ending:** 04/11/13  

**Trustee:** Michael Haenn (390030)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****239466 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 15,152.78 | | 15,152.78 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 23.24 | 15,129.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 20.30 | 15,109.24 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 21.00 | 15,088.24 |
| 04/09/13 | 10101 | Macpage LLC | Ref # ACCOUNTANT | 3310-000 | | 82.50 | 15,005.74 |
| | | | **ACCOUNT TOTALS** | | 15,152.78 | 147.04 | **$15,005.74** |
| | | | Less: Bank Transfers | | 15,152.78 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **147.04** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$147.04** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******73-66** | 15,385.00 | 232.22 | 0.00 |
| **Checking # ****239466** | 0.00 | 147.04 | 15,005.74 |
| | **$15,385.00** | **$379.26** | **$15,005.74** |

{} Asset reference(s)      Printed: 04/11/2013 04:10 PM   V.13.13

Printed: 04/11/13 04:10 PM   **Claims Distribution Register**   Page: 1

**Case: 12-10110   TRACY, JAMES G**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 02/13/12 | 200 | Macpage LLC<br>30 Long Creek Drive<br>South Portland, ME 04106<br><3310-00   Accountant for Trustee Fees (Trustee Firm)><br>Services rendered - See DE #28 | 0.00 | 82.50 | 82.50 | 0.00 | 0.00 |
| | 02/13/12 | 200 | Michael Haenn<br>88 Hammond Street<br>3rd Floor<br>Bangor, ME 04402<br><2200-00   Trustee Expenses> | 18.24 | 18.24 | 0.00 | 18.24 | 18.24 |
| | 02/13/12 | 200 | Michael S. Haenn<br>P.O. Box 915<br>Bangor, ME 04402-0915<br><3210-00   Attorney for Trustee Fees (Other Firm)> | 225.00 | 225.00 | 0.00 | 225.00 | 225.00 |
| | 02/13/12 | 200 | Michael Haenn<br>88 Hammond Street<br>3rd Floor<br>Bangor, ME 04402<br><2100-00   Trustee Compensation> | 2,288.50 | 2,288.50 | 0.00 | 2,288.50 | 2,288.50 |
| | | | **Total for Priority 200:   100% Paid** | **$2,531.74** | **$2,614.24** | **$82.50** | **$2,531.74** | **$2,531.74** |
| | | | **Total for Admin Ch. 7 Claims:** | **$2,531.74** | **$2,614.24** | **$82.50** | **$2,531.74** | **$2,531.74** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/12/12 | 610 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-00   General Unsecured § 726(a)(2)> | 29,461.31 | 29,461.31 | 0.00 | 29,461.31 | 3,496.20 |
| 2 | 04/16/12 | 610 | Midland Funding LLC<br>By its authorized agent,<br>Recoser, LLC,25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 99.80 | 99.80 | 0.00 | 99.80 | 11.84 |
| 3 | 04/26/12 | 610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br><7100-00   General Unsecured § 726(a)(2)> | 22,098.14 | 22,098.14 | 0.00 | 22,098.14 | 2,622.41 |
| 4 | 05/15/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 21,981.33 | 21,981.33 | 0.00 | 21,981.33 | 2,608.54 |

Printed: 04/11/13 04:10 PM  **Claims Distribution Register**  Page: 2

### Case: 12-10110   TRACY, JAMES G

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 5 | 05/15/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 15,325.67 | 15,325.67 | 0.00 | 15,325.67 | 1,818.71 |
| 6 | 05/15/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 2,091.40 | 2,091.40 | 0.00 | 2,091.40 | 248.19 |
| 7 | 06/05/12 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 14,056.57 | 14,056.57 | 0.00 | 14,056.57 | 1,668.11 |
| | | | **Total for Priority 610:   11.86709% Paid** | **$105,114.22** | **$105,114.22** | **$0.00** | **$105,114.22** | **$12,474.00** |
| 8 | 10/11/12 | 620 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 1,603.87 | 1,603.87 | 0.00 | 1,603.87 | 0.00 |
| | | | **Priority 620:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$106,718.09** | **$106,718.09** | **$0.00** | **$106,718.09** | **$12,474.00** |
| | | | **Total for Case :** | **$109,249.83** | **$109,332.33** | **$82.50** | **$109,249.83** | **$15,005.74** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-10110
Case Name: TRACY, JAMES G
Trustee Name: Michael Haenn

**Balance on hand:** $ 15,005.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 15,005.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Haenn | 2,288.50 | 0.00 | 2,288.50 |
| Trustee, Expenses - Michael Haenn | 18.24 | 0.00 | 18.24 |
| Attorney for Trustee, Fees - Michael S. Haenn | 225.00 | 0.00 | 225.00 |

Total to be paid for chapter 7 administration expenses: $ 2,531.74
Remaining balance: $ 12,474.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,474.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,474.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 105,114.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PHARIA L.L.C. | 29,461.31 | 0.00 | 3,496.20 |
| 2 | Midland Funding LLC | 99.80 | 0.00 | 11.84 |
| 3 | Citibank, N.A. | 22,098.14 | 0.00 | 2,622.41 |
| 4 | FIA CARD SERVICES, N.A. | 21,981.33 | 0.00 | 2,608.54 |
| 5 | FIA CARD SERVICES, N.A. | 15,325.67 | 0.00 | 1,818.71 |
| 6 | FIA CARD SERVICES, N.A. | 2,091.40 | 0.00 | 248.19 |
| 7 | PYOD, LLC its successors and assigns as assignee | 14,056.57 | 0.00 | 1,668.11 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,474.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,603.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Capital One, N.A. | 1,603.87 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**